UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                              21-cr-481-1 (JGK)

ASHLEY WASHINGTON,                       <u>ORDER</u>

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court received the attached application for an early termination of supervised release from the defendant. The Government should provide a response to the defendant's application by April 1, 2022. The Government should include the view of the Probation Department.

    The Clerk is directed to mail a copy of this order to the defendant and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            March 22, 2022

                                              John G. Koeltl
                                       United States District Judge

MAR 2 2 2022

Ms. Ashley Washington
1939 West Farms Road
Apartment 712
Bronx, New York 10460
Tel. No. 646-359-9201

March 16, 2022

Hon. Judge John G. Koeltl, USDJ
U.S. District Courthouse
500 Pearl Street, Rm 1330
New York, NY 10007
*Attn:*   Donnie Fletcher
        *Deputy Courtroom Clerk*

**Re: *United States v. Ashley Washington*, Dkt. 21CR481-1 / *Pro Se* Motion for Early Termination**

Dear Hon. Judge Koeltl,

    I am writing the Court *pro se* to respectfully request that the Court terminate my supervision early, pursuant to 18 U.S.C. §§ 3564(c) & 3583(e)(1).

    On October 6, 2020, in the District of New Hampshire, I waived indictment and pled guilty to an Information charging me with Bank Fraud, in violation of 18 U.S.C § 1344. On January 20, 2021, I was sentenced by Hon. Judge Joseph Laplante to time served and two years of supervised release. I was ordered to complete 30 hours of community service within the first 6 months of supervision and I was ordered to be on home detention for the first 60 days of my supervision. I forfeited any interest I had in $11, 948.94 that was seized at time of arrest and I paid another $6,951.06 as restitution plus $100 penalty assessment so that the judgment amount has been fully satisfied. In August 2021 the case was transferred from D-NH to this Court and supervision was transferred to this district. I am currently on the low intensity caseload.

    I have been on supervision consistently since my sentencing on January 20, 2021. My supervision term will expire on or about January 20, 2023. I have finished over half my 24-month supervision term with no issues of noncompliance. I completed my 30-hour community service requirement within the specified time frame and completed my 60-day home detention requirement as ordered. All ordered restitution ($18,900) and the penalty assessment ($100) have been fully satisfied.

    Title 18, section 3583(e)(1) of the United States Code authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7) in deciding whether to terminate a term of supervised release. 18 U.S.C. § 3583(e)(1).

    The Judicial Conference has identified the following criteria to assess eligibility for early termination:

> Officers should consider the suitability of early termination for offenders as soon as they are statutorily eligible. The general criteria for assessing whether a statutorily eligible offender

should be recommended to the court as an appropriate candidate for early termination are as follows:

1. stable community reintegration (e.g., residence, family, employment);
2. progressive strides toward supervision objectives and in compliance with all conditions of supervision;
3. no aggravated role in the offense of conviction, particularly large drug or fraud offenses;
4. no history of violence (*e.g.*, sexually assaultive, predatory behavior, or domestic violence);
5. no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
6. no recent evidence of alcohol or drug abuse;
7. no recent psychiatric episodes;
8. no identifiable risk to the safety of any identifiable victim; and
9. no identifiable risk to public safety based on the Risk Prediction Index (RPI).

*Guide to Judiciary Policy, Vol. 8E, Ch. 3 § 380.10(b), "Early Termination" (Monograph 109) (rev'd 2010).*

      I meet the judiciary policy criteria for early termination of supervision. I am still living at the same address in The Bronx where I lived before. I work at the same job I have had for the past 11½ years, for the New York City Housing Authority. I am single and have no children. I have complied with all my supervision conditions. I was not an organizer or leader of my offense and had no aggravated role in the offense. I have no history of violence; no unresolved or pending charges; no recent arrests or convictions; and no ongoing, uninterrupted patterns of criminal conduct. I am not a drinker and I don't abuse drugs. I have had no psychiatric episodes. I don't pose a risk to the safety of any victim, or to public safety. In my free time I mostly stay home and care for my dogs.

      It is not known what position the probation officer or government's counsel will take with regard to this motion. I reached out to the probation officer, Zondra Jackson, USPO, and she suggested that I send this letter to the Court. According to my lawyer, government's counsel (Matthew Hunter, AUSA) is on parental leave; my lawyer reached out to him as well but did not receive a response.

      Wherefore, I respectfully move the Court to terminate my supervision early, and for such other relief as may be just.

Respectfully Submitted,

Ashley Washington

xc:   Matthew Hunter, AUSA, D-NH
      Zondra Jackson, USPO, D-SDNY
      Jeffrey Levin, AFPD, D-NH

2

Ashley Washington
1939 W Farms Rd #712
Bronx, NY 10460

NEW YORK NY 100
17 MAR 2022 PM 5 L

Hon. Judge John G. Koeltl, USDJ
U.S. District Courthouse
500 Pearl Street, Rm 1330
New York, NY 10007

10007-131508