```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

    - against -                         21-cr-481-1 (JGK)

ASHLEY WASHINGTON,               ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from the defendant. The defendant's term of supervised release is terminated based on the conduct of the defendant and in the interests of justice.

    The Clerk is directed to mail a copy of this Order to the defendant and to note service on the docket.

SO ORDERED.

Dated:    New York, New York  
          April 25, 2022

                                      John G. Koeltl  
                                United States District Judge

Ms. Ashley Washington
1939 West Farms Road
Apartment 712
Bronx, New York 10460
Tel. No. 646-359-9201

April 20, 2022

Hon. Judge John G. Koeltl, USDJ
U.S. District Courthouse
500 Pearl Street, Rm 1330
New York, NY 10007
Attn:   Donnie Fletcher
        Deputy Courtroom Clerk

Re: *United States v. Ashley Washington*, Dkt. 21CR481-1 / *Pro Se* Motion for Early Termination

Dear Hon. Judge Koeltl,

      I moved the Court *pro se* back in March to terminate my supervision early. Upon receiving my letter motion, your Honor issued an Order stating that "[the] Government should provide a response to the defendant's application by April 1, 2022" and that "[the] Government should include the view of the Probation Department."

      No response having been filed by April 1, I contacted my public defender in New Hampshire, Jeffrey Levin, AFPD, to ask counsel for the government for his position. Attorney Levin received an email yesterday from the prosecutor, Matthew Hunter, AUSA, in Concord, New Hampshire. AUSA Hunter stated that he spoke with Zondra Jackson, my probation officer, and that she does not object to early termination. AUSA Hunter also said that he does not object to early termination. AFPD Levin can be reached at 603-226-7360; AUSA Hunter can be reached at 603-230-2244.

      Thank you for your attention to this matter.

Respectfully Submitted,

Ashley Washington

xc:   Matthew Hunter, AUSA, D-NH
      Zondra Jackson, USPO, D-SDNY
      Jeffrey Levin, AFPD, D-NH